# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY WENDELL GRIMALDI, ) | Appeal No. 11-16501 |
| ) | |
| Plaintiff, ) | 2:11-cv-00802-KJD-PAL |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| JAMES COX, *et al.*, ) | |
| ) | |
| Defendants. ) | |

  This is a closed prisoner civil rights action brought pursuant to 42 U.S.C. § 1983. On May 26, 2011, this Court dismissed this action for failure to state a claim for which relief may be granted. (ECF No. 3). Judgment was entered on the same date. (ECF No. 4). Plaintiff filed a notice of appeal on June 14, 2011. (ECF No. 5). The United States Court of Appeals for the Ninth Circuit assigned the appeal number 11-16501. (ECF No. 7).

  On June 20, 2011, the Ninth Circuit Court of Appeals referred this matter to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal or whether the appeal is frivolous or taken in bad faith. (ECF No. 8). On careful review, this Court certifies that any *in forma pauperis* appeal from its order would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

1   **IT IS THEREFORE ORDERED** that this Court **CERTIFIES** that any *in forma pauperis*
2   appeal from its order dated May 26, 2011 (ECF No. 3) would **not** be taken "in good faith" pursuant
3   to 28 U.S.C. § 1915(a)(3).
4       **IT IS FURTHER ORDERED** that the Clerk of Court **SHALL SEND** this order to the
5   United States Court of Appeals for the Ninth Circuit.
6       DATED:  June 22, 2011

UNITED STATES DISTRICT JUDGE